UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - KZ
November 14, 2025 2:06 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES 11/14

_Casey Huffman_

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

_See Attached!!_

v. _State of Michigan et. al._

1:25-cv-1457
Jane M. Beckering
U.S. District Judge

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑   No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   _Western District_

   2. Is the action still pending?   Yes ☐   No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision?   Yes ☐   No ☐
   4. Is the appeal still pending?   Yes ☐   No ☐
      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☑
      a. If so, explain: _____

See Attached complaint

II. **Parties**

   A. Plaintiff(s)

   Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

   Name of Plaintiff County of Kent

   Place of Present Confinement _____

   Address _____

   Place of Confinement During Events Described in Complaint _____

   B. Defendant(s)

   Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

   Name of Defendant #1 Blair Lachman
   Position or Title Prosecutor
   Place of Employment Kent County
   Address 82 Ionia NW
   Official and/or personal capacity? Official

   Name of Defendant #2 Case Weston
   Position or Title Detective
   Place of Employment Grand Rapids Police Department
   Address 1 Monroe NW
   Official and/or personal capacity? Official

   Name of Defendant #3 Angela J. Ross
   Position or Title District Court Judge 61st
   Place of Employment County Courthouse
   Address 180 Ottawa NW
   Official and/or personal capacity? Official

   Name of Defendant #4 Dana Nessel
   Position or Title Attorney General
   Place of Employment State of Michigan
   Address _____
   Official and/or personal capacity? Official

   Name of Defendant #5 State of Michigan
   Position or Title _____
   Place of Employment _____
   Address _____
   Official and/or personal capacity? Official

- 3 -                               (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim** *See Attached*

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

*See Attached*

I.

In The State of Michigan, County of Kent, on The Date(s) And in The City of Grand Rapids, the Following Defendant(s) operated under MCL 766.11b. The Statute allows things that are usually inadmissible under hearsay to be admissible at the preliminary Examination Which Includes Forensic Lab Reports. MCL 766.11b is unconstitutional & has led to the violation of My 6th Amend. Right to Confront adverse witnesses, My 14th Amendment due process Rights, & due process Rights of the Michigan Const. 1963

On November 27th, 2024 a preliminary Examination was held Regarding the open-Murder charges against Me. During the Examination there was no testimony from any Expert, Nor was it established that Experts were unable to testify, Yet The Medical Examiners Reports Were admitted & testified to without the Presence & testimony of the Examiner who Made the Report, as the Same was done Regarding the Relevant Ballistics Reports & DNA Reports in the case.

See People v. Payne 774 N.W. 2d 724-725; People v. McDaniel 469 Mich. 409-412; Crawford v. Washington, 541 U.S. 36, 68; People v. Lonsby 268 Mich. App 375; "our Supreme Court has Made clear that a Laboratory Report prepared by a nontestifying analyst is 'without question, Hearsay'!" The admission of Laboratory Reports without the author's Testimony or presence clearly violates the 6th Amendment, Yet under MCL 766.11b, at a critical time & proceeding, To determine if probable cause exists, this is being allowed.

2

See Attached Transcripts Pages 45-46 Regarding the Ballistics Report, 53-54 Regarding the DNA/Forensic Lab Report, & 55-58 Regarding the Pathologist's Medical Examination Reports. Prosecutor Blair Lachman Procured Testimony From Detective Case Weston Regarding all of these Reports before admitting them into evidence.

An Objection by My Attorney to the improper testimony & Reports would have been pointless as he was aware Everyone, including Judge Angela Ross At this Examination, Was operating under MCL 766.11b.

The Improper testimony & admission of these Reports Prejudiced My 6th Amendment Right to Face the witnesses used against Me Which has Led to Me being held in Jail over a year on murder charges. This is a Facial challenge to MCL 766.11b. This action is against Prosecutor Blair Lachman, Detective Case Weston, Judge Angela Ross, The County of Kent, State of Michigan, & Attorney General Dana Nessel. I'm Seeking Declaratory Judgement, Nominal Damages, Punitive Damages, Monetary Relief, Retroactive Relief, that MCL 766.11b be Deemed unconstitutional & Injunctive Relief ordering My criminal case to be Remanded to the District court. I also seek Any other Relief this court deems Fit.

See Moore v. Sims, 442 U.S. 415, 424 (1979)" Where a challenged Statute is Flagrantly & patently violative of express constitutional prohibitions", An exception to the Younger abstention Rule applies.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Declaratory Judgement, Nominal Damages, Punitive Damages, Monetary Relief, Retroactive Relief, that MCL 766.11b be Deemed unconstitutional & Injunctive Relief ordering State to Re-conduct My preliminary examination.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

11-10-25
Date

*Casey Hartman*
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Name Casey Harmon
Kent County Correctional Facility
703 Ball Ave NE
Grand Rapids MI 49503

107 Federal Building

410 W. Michigan Ave 49007

Kalamazoo, MI



Name Casaiharmon
Kent County Correctional Facility
703 Ball Ave NE
Grand Rapids MI 49503

107 Federal Building

410 W. Michigan Ave 49007

Kalamazoo, MI

This mail originates
from the
Kent County Correctional Facility